IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

DOCKET NO. 5:08CR34

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **FINAL** |
| v. ) | **ORDER OF FORFEITURE** |
| ) | |
| WILLIAM DAVID REAVIS, ) | |
| ) | |
| Defendant. ) | |

On October 1, 2008, this Court entered a Preliminary Order of Forfeiture pursuant to 21 U.S.C. § 853(n) and Fed. R. Crim. P. 32.2(b), based upon the defendant's plea of guilty to Count One of the Bill of Indictment. In Count One, the defendant was charged with willfully infringing the copyrights of copyrighted works, by the reproduction, during a 180-day period, of ten (10) or more copies of one or more copyrighted works, which had a retail value of more than $2,500, in violation of 17 U.S.C. § 506(a)(1)(B) and 18 U.S.C. § 2319(c)(1).

On October 3 through November 1, 2008, the United States posted on an official government internet site (www.forfeiture.gov), for at least 30 consecutive days, notice of this forfeiture and of the intent of the United States to dispose of the forfeited property in accordance with law, and further notifying all third parties of their right to petition the Court within thirty days for a hearing to adjudicate the validity of any alleged legal interest in the property. It appears from the record that no such claims have been filed.

It is therefore ORDERED:

In accordance with Rule 32.2(c)(2), the Preliminary Order of Forfeiture is confirmed as

1

final.  All right, title, and interest in **the following properties**, whether real, personal, or mixed, has therefore been forfeited to the United States for disposition according to law:

> **One IBM Aptiva 535 CPU s/n 23BHNGP, one ThermalTake CPU tower, and 200 compact disks, all seized on October 31, 2005 at the residence of defendant William David Reavis.**

Signed: April 29, 2009

Richard L. Voorhees
United States District Judge